IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>I. LEWIS LIBBY )<br>)<br>Defendant ) | 06-mc-124 (RBW) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. Jeffress, Jr. hereby enters his appearance for the defendant I. Lewis Libby.

/s/ William H. Jeffress, Jr.
William H. Jeffress, Jr.
D.C. Bar No. 041152
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7751

April 19, 2006                                                    Attorney for Defendant