## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Misc. Nos. | 06-123 |
| | ) | | 06-124 |
| I. LEWIS LIBBY, | ) | | 06-125 |
| also known as "Scooter Libby" | ) | | 06-126 |
| | ) | | 06-128 |
| | ) | | 06-169 |

## MOTION TO SUPPLEMENT THE RECORD

Defendant I. Lewis Libby, by and through his counsel, hereby moves the Court to grant

this motion to supplement the record.  In addition to the subpoenas at issue in the above

captioned cases, Mr. Libby also served 17(c) subpoenas *duces tecum* on Tim Russert, CNN, and

*The Washington Post.*  As noted in footnote 1 of Mr. Libby's Consolidated Response to Motions

to Quash by NBC News, Judith Miller, Andrea Mitchell, Matthew Cooper, Time Inc., and *The*

*New York Times*, and Memorandum of Law in Support (hereinafter "Consolidated Response"),

NBC responded that Mr. Russert possessed no non-privileged documents responsive to Mr.

Libby's subpoena, and counsel for Mr. Russert confirmed that the only privilege claimed is the

attorney-client privilege.  CNN responded that it possessed no responsive documents.  The

*Washington Post* responded that it possessed no responsive documents except for a

memorandum of an interview of Mr. Libby by Robert Woodward, which the newspaper has

produced to the defense.  *See* Consolidated Response, Exhs. A to C.

Mr. Libby now seeks to supplement the record with the subpoenas served on Mr. Russert,

CNN and *The Washington Post*, as well as the subpoena served on Matthew Cooper, so that the

Court has a complete record.  The subpoenas are attached as Exhibits A to D of this motion.

Dated: May 17, 2006                    Respectfully submitted,


_____/s/_____                      _____/s/_____
Theodore V. Wells, Jr.                 William H. Jeffress, Jr.
(D.C. Bar No. 468934)                  (D.C. Bar No. 041152)
James L. Brochin                       Alex J. Bourelly
(D.C. Bar No. 455456)                  (D.C. Bar No. 441422)
Paul, Weiss, Rifkind, Wharton          Baker Botts LLP
  & Garrison LLP                       1299 Pennsylvania Ave., NW
1285 Avenue of the Americas            Washington, DC  20004
New York, NY  10019-6064               (202) 639-7751
(212) 373-3089


_____/s/_____                      _____/s/_____
Joseph A. Tate                         John D. Cline
Dechert LLP                            (D.C. Bar No. 403824)
2929 Arch Street                       Jones Day
Cira Centre                            555 California Street, 26th Floor
Philadelphia, PA  19104                San Francisco, CA  94104
(215) 994-2350                          (415) 626-3939

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Misc. Nos. | 06-123 |
| | ) | | 06-124 |
| I. LEWIS LIBBY, | ) | | 06-125 |
| also known as "Scooter Libby" | ) | | 06-126 |
| | ) | | 06-128 |
| | ) | | 06-169 |

**PROPOSED ORDER**

Upon consideration of the Motion to Supplement the Record, it is hereby

ORDERED that the Motion to Supplement the Record be granted.

Date:_____          _____
                                    HON. REGGIE B. WALTON
                                    UNITED STATES DISTRICT COURT

Robert S. Bennett, Esq.
Saul M. Pilchen, Esq.
N. Nathan Dimock, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Theodore J. Boutrous, Jr., Esq.
Thomas H. Dupree, Jr. , Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

Patrick Fitzgerald, Esq.
Office of Special Counsel
Bond Building
1400 New York Avenue, N.W.
Ninth Floor
Washington, D.C. 20530

Charles S. Leeper, Esq.
Mary E. Kohart, Esq.
Drinker Biddle & Reath LLP
1500 K. Street, N.W.
Washington, D.C. 20005

Lee Levine, Esq.
Levine Sullivan Koch & Schulz, LLP
1050 Seventeenth Street, N.W.
Washington, D.C. 20036

Richard A. Sauber, Esq.
Fried Frank LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Theodore V. Wells, Jr.
James L. Brochin
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

William H. Jeffress, Jr.
Alex J. Bourelly
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004

John D. Cline
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104

Joseph A. Tate
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA  19104

# EXHIBIT A



# BAKER BOTTS LLP

E WARNER                      AUSTIN
1299 PENNSYLVANIA AVE., NW    DALLAS
WASHINGTON, D.C.              DUBAI
20004-2400                    HONG KONG
                              HOUSTON
TEL  +1 202.639.7700          LONDON
FAX  +1 202.639.7890          MOSCOW
www.bakerbotts.com            NEW YORK
                              RIYADH
                              WASHINGTON

**BY FEDERAL EXPRESS**

William H. Jeffress, Jr.
TEL  +1 202-639-7751
FAX  +1 202-585-1087
william.jeffress@bakerbotts.com

March 14, 2006

Ms. Susan Weiner
Executive Vice-President and Deputy General Counsel
NBC Universal
30 Rockefeller Plaza
New York, NY 10112

Dear Susan:

     Enclosed are subpoenas duces tecum for NBC News, Tim Russert and Andrea Mitchell, which I mentioned to you by telephone last week. I appreciate your agreement to accept service on behalf of all three. I also enclose a copy of Judge Walton's order of February 27, which authorizes service of this subpoena without further leave of Court, and sets 2:30 p.m. on April 7, 2006, as the time by which production shall be made or motions to quash or modify shall be filed.

     As I mentioned by telephone, we would be happy to discuss the subpoenas with you whenever you are ready to do so. Please call if you have any questions.

Sincerely,

William H. Jeffress, Jr.

WHJ:

DC01:439051.1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ **DISTRICT OF** Columbia

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-394 (RBW)

**TO:**

NBC News

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME<br>April 7, 2006 2:30 p.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| NANCY MAYER-WHITTINGTON | March 14, 2006 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE [1]

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE | PLACE |

**SERVED ON (PRINT NAME)**

**SERVED BY (PRINT NAME)** | TITLE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                        Signature of Server

                                    _____
                                    Address of Server

**ADDITIONAL INFORMATION**

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ **DISTRICT OF** Columbia

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-394 (RBW)

TO:

Tim Russert

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME April 7, 2006 2:30 p.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
NANCY MAYER-WHITTINGTON
(By) Deputy Clerk

DATE
March 14, 2006

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE [1]

| | DATE | | PLACE |
|---|---|---|---|
| **RECEIVED BY SERVER** | | | |
| **SERVED** | DATE | | PLACE |

**SERVED ON (PRINT NAME)**

**SERVED BY (PRINT NAME)** | **TITLE**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    Signature of Server

                              _____
                                    Address of Server

**ADDITIONAL INFORMATION**

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure) Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ DISTRICT OF Columbia

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-394 (RBW)

TO:

Andrea Mitchell

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | **DATE AND TIME**<br>April 7, 2006 2:30 p.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>NANCY MAYER-WHITTINGTON | DATE<br>March 14, 2006 |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE [1]

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| SERVED | DATE | PLACE |

**SERVED ON (PRINT NAME)**

| SERVED BY (PRINT NAME) | | TITLE |
|---|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date              Signature of Server

_____
Address of Server

**ADDITIONAL INFORMATION**

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

## Subpoena to NBC News

1. All documents prepared or received prior to July 14, 2003 by any employee of NBC News (including but not limited to Tim Russert, Andrea Mitchell, David Gregory, Campbell Brown, Chris Matthews and Betsy Fischer) that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee of NBC News (including but not limited to Tim Russert, Andrea Mitchell, David Gregory, Campbell Brown, Chris Matthews and Betsy Fischer) was aware, prior to July 14, 2003, that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents prepared at any time by Tim Russert, or by any other employee of NBC News based in any part upon information received from Tim Russert, that purport to describe any part of a telephone conversation between Tim Russert and I. Lewis Libby on July 10 and/or 11, 2003, or that reflect actions or communications by any NBC News employee during July 2003 as a result of that conversation.

4. All documents reflecting or referring to any other telephone conversation between Tim Russert and I. Lewis Libby during June or July 2003.

5. All documents prepared at any time by Andrea Mitchell or by any other employee of NBC News that purport to discuss or explain the statement by Andrea Mitchell on CNBC's "The Capitol Report" aired October 3, 2003, as follows:

> Question: "Do we have any idea how widely known it was in Washington that Joe Wilson's wife worked for the CIA?"
>
> Answer (by Mitchell): "It was widely known among those of us who cover the intelligence community and who were actively engaged in trying to track down who among the foreign service community was the envoy to Niger. So a number of us began to pick up on that. But frankly I wasn't aware of her actual role at the CIA and the fact that she had a covert role involving weapons of mass destruction, not until Bob Novak wrote it."

6. All documents reflecting communications by any employee of NBC News concerning former Ambassador Joseph Wilson prior to July 14, 2003, with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet and Bill Harlow.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

Special Instruction: The term "NBC News" includes all employees of NBC Universal having responsibilities for or with NBC News.

## Subpoena to Tim Russert

1.  All documents prepared or received by you prior to July 14, 2003 that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2.  All documents, whenever prepared or received, indicating or suggesting that any employee of NBC News (including but not limited to you, Andrea Mitchell, David Gregory, Campbell Brown, Chris Matthews and Betsy Fischer) was aware, prior to July 14, 2003, that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3.  All documents prepared at any time by you, or by any other employee of NBC News based in any part upon information received from you, that purport to describe any part of a telephone conversation between you and I. Lewis Libby on July 10 and/or 11, 2003, or that reflect actions or communications by you during July 2003 as a result of that conversation.

4.  All documents reflecting or referring to any other telephone conversation between you and I. Lewis Libby during June or July 2003.

5.  All documents reflecting communications by you concerning former Ambassador Joseph Wilson prior to July 14, 2003 with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet, and Bill Harlow.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

Special Instruction: The term "NBC News" includes all employees of NBC Universal having responsibilities for or with NBC News.

## Subpoena to Andrea Mitchell

1. All documents prepared or received by you prior to July 14, 2003 that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee of NBC News (including but not limited to you, Tim Russert, David Gregory, Campbell Brown, Chris Matthews and Betsy Fischer) was aware, prior to July 14, 2003, that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents prepared at any time by you or by any other employee of NBC News that purport to discuss or explain the statement by you on CNBC's "The Capitol Report" aired October 3, 2003, as follows:

> Question: "Do we have any idea how widely known it was in Washington that Joe Wilson's wife worked for the CIA?"

> Answer (by you): "It was widely known among those of us who cover the intelligence community and who were actively engaged in trying to track down who among the foreign service community was the envoy to Niger. So a number of us began to pick up on that. But frankly I wasn't aware of her actual role at the CIA and the fact that she had a covert role involving weapons of mass destruction, not until Bob Novak wrote it."

4. All documents reflecting communications by you concerning former Ambassador Joseph Wilson prior to July 14, 2003, with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet and Bill Harlow.

5. All documents reflecting or referring to any conversation between you and I. Lewis Libby during the period July 6, 2003 to October 3, 2003.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

Special Instruction: The term "NBC News" includes all employees of NBC Universal having responsibilities for or with NBC News.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        )
                                 )
                                 )
        v.                       )        Criminal No. 05-394 (RBW)
                                 )
I. LEWIS LIBBY,                  )
                                 )
                Defendant.       )
                                 )

## ORDER

On February 24, 2006, this Court authorized the parties to serve subpoenas to either news reporters and/or news organizations pursuant to Federal Rule of Criminal Produce 17(c). This order is issued consistent with that ruling. Accordingly, it is hereby this 27th day of February, 2006,

ORDERED that either party may serve subpoenas to either news reporters and/or new organizations pursuant to Fed. R. Crim. P. 17(c) and need not seek further leave of this Court before doing so. It is further

ORDERED that any witness or news organization served with a Rule 17(c) subpoena pursuant to this Order shall produce the designated items in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 on April 7, 2006 at 2:30 p.m. It is further

ORDERED that any witness seeking to quash or modify a Rule 17(c) subpoena issued pursuant to this Order must file a motion to quash or modify the subpoena by 2:30 p.m. on April

1

7, 2006. Any opposition to the motion to quash or modify shall be filed by April 14, 2006, and

any reply thereto shall be filed by April 18, 2006. It is further

**ORDERED** that this Court will hear argument on any motion to quash or modify on

April 21, 2006, at 2:30 p.m. It is further

**ORDERED** that the party serving a Rule 17(c) subpoena shall provide the witness served

with such a subpoena a copy of this Order along with the subpoena.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

# EXHIBIT B

# BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL  +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
**WASHINGTON**

**BY HAND-DELIVER**

March 15, 2006

William H. Jeffress, Jr.
TEL  +1 202.639.7751
FAX +1 202.585-1087
william.jeffress@bakerbotts.com

Mr. Richard A. Sauber
Fried Frank
1001 Pennsylvania Ave., NW
Washington, DC  20004

Dear Richard:

Enclosed is a subpoena duces tecum for CNN, which I mentioned to you by telephone today. I appreciate your agreement to accept service on behalf of CNN. I am also enclosing another copy of Judge Walton's order of February 27. As with the subpoenas to Time and Matt Cooper, we would be happy to discuss the subpoena with you whenever you are ready to do so.

Sincerely,

William H. Jeffress, Jr.

DC01:439471.1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ DISTRICT OF Columbia

United States of America

v.

I. Lewis Libby

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 05-394 (RBW)

TO:

Cable News Network L.L.P.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME<br>April 7, 2006 2:30 p.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>NANCY MAYER-WHITTINGTON | DATE |
|---|---|
| (By) Deputy Clerk | March 15, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE [1]

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE | PLACE |

**SERVED ON (PRINT NAME)**

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

**ADDITIONAL INFORMATION**

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

### Subpoena to Cable News Network LLP

1. All documents whenever prepared or received reflecting or referring to a conversation between Eason Jordan and former Ambassador Joseph Wilson on or about July 8, 2003, concerning Robert Novak and/or Mr. Wilson's wife.

2. All documents prepared or received by any employee or agent of CNN prior to July 14, 2003, that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

DC01:439056.1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| v.    ) | Criminal No. 05-394 (RBW) |
| )  | |
| I. LEWIS LIBBY,    ) | |
| )  | |
| Defendant.    ) | |

## ORDER

On February 24, 2006, this Court authorized the parties to serve subpoenas to either news reporters and/or news organizations pursuant to Federal Rule of Criminal Produce 17(c). This order is issued consistent with that ruling. Accordingly, it is hereby this 27th day of February, 2006,

**ORDERED** that either party may serve subpoenas to either news reporters and/or new organizations pursuant to Fed. R. Crim. P. 17(c) and need not seek further leave of this Court before doing so. It is further

**ORDERED** that any witness or news organization served with a Rule 17(c) subpoena pursuant to this Order shall produce the designated items in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 on April 7, 2006 at 2:30 p.m. It is further

**ORDERED** that any witness seeking to quash or modify a Rule 17(c) subpoena issued pursuant to this Order must file a motion to quash or modify the subpoena by 2:30 p.m. on April

1

7, 2006. Any opposition to the motion to quash or modify shall be filed by April 14, 2006, and

any reply thereto shall be filed by April 18, 2006. It is further

    **ORDERED** that this Court will hear argument on any motion to quash or modify on

April 21, 2006, at 2:30 p.m. It is further

    **ORDERED** that the party serving a Rule 17(c) subpoena shall provide the witness served

with such a subpoena a copy of this Order along with the subpoena.

    **SO ORDERED.**

                              REGGIE B. WALTON
                          United States District Judge

2

# EXHIBIT C

# BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL  +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
**WASHINGTON**

## BY HAND DELIVERY

April 13, 2006

William H. Jeffress, Jr.
TEL  +1 202-639-7751
FAX +1 202-585-1087
william.jeffress@bakerbotts.com

Mr. Howard Shapiro, Esq.
Wilmer, Cutler & Pickering LLP
2445 M Street, N.W.
Washington, D.C. 20037-1420

Dear Howard:

      Enclosed is a subpoena duces tecum for The Washington Post.  I appreciate your agreement to accept service on behalf of The Post.  I also enclose a copy of Judge Walton's order of February 27, which authorizes service of this subpoena without further leave of Court, as well as the Court's order of April 3, which sets April 18, 2006, as the time by which production shall be made or motions to quash or modify shall be filed.

      We would be happy to discuss further the subpoena at your convenience.  Please call if you have any questions.

Sincerely,

*William H. Jeffress*

William H. Jeffress, Jr.

WHJ:

AO 69 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ DISTRICT OF Columbia _____

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-394 (RBW)

TO:

    The Washington Post

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME<br>April 18, 2006 |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

    Please see attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>NANCY MAYER-WHITTINGTON | DATE<br>April 13, 2006 |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

    William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W.,
    Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE[1]

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| SERVED. | DATE | PLACE |

SERVED ON (PRINT NAME)

SERVED BY (PRINT NAME) | TITLE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
_____
Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

### Subpoena to the Washington Post

1. All documents prepared or received prior to July 14, 2003, by any employee of the Washington Post (including but not limited to Bob Woodward, Walter Pincus, Richard Leiby, Glenn Kessler, Mike Allen and Dana Priest) that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee of the Washington Post was aware, prior to July 14, 2003, that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents reflecting the identity of the "senior administration official," "two top White House officials," and/or the "at least six Washington journalists" referred to in the Washington Post article of September 28, 2003, under the byline of Mike Allen and Dana Priest.

4. The complete, unredacted original memorandum of a meeting between Bob Woodward and I. Lewis Libby on June 27, 2003, and any notes of a telephone call between Mr. Woodward and Mr. Libby on or about June 23, 2003.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

Special Instruction: Documents previously produced to the grand jury or the Office of Special Counsel are not required to be produced under this subpoena.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 24, 2006, this Court authorized the parties to serve subpoenas to either news reporters and/or news organizations pursuant to Federal Rule of Criminal Procedure 17(c). This order is issued consistent with that ruling. Accordingly, it is hereby this 27th day of February, 2006,

**ORDERED** that either party may serve subpoenas to either news reporters and/or new organizations pursuant to Fed. R. Crim. P. 17(c) and need not seek further leave of this Court before doing so. It is further

**ORDERED** that any witness or news organization served with a Rule 17(c) subpoena pursuant to this Order shall produce the designated items in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 on April 7, 2006 at 2:30 p.m. It is further

**ORDERED** that any witness seeking to quash or modify a Rule 17(c) subpoena issued pursuant to this Order must file a motion to quash or modify the subpoena by 2:30 p.m. on April

1

7, 2006. Any opposition to the motion to quash or modify shall be filed by April 14, 2006, and

any reply thereto shall be filed by April 18, 2006. It is further

    **ORDERED** that this Court will hear argument on any motion to quash or modify on

April 21, 2006, at 2:30 p.m. It is further

    **ORDERED** that the party serving a Rule 17(c) subpoena shall provide the witness served

with such a subpoena a copy of this Order along with the subpoena.

    **SO ORDERED.**

<br>

                      **REGGIE B. WALTON**
                    United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  | ) |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| | ) | Misc. Nos. | 06-123 |
| v. | ) | | 06-124 |
| | ) | | 06-125 |
| I. LEWIS LIBBY, | ) | | 06-126 |
| | ) | | 06-127 |
| Defendant. | ) | | 06-128 |
| | ) | | 06-129 |

## ORDER

Upon consideration of the Consent Motion for Extension of Time filed by the New York Times, NBC News, Time Inc., Matthew Cooper, Judith Miller, Andrea Mitchell, and Tim Russert ("Movants"), it is hereby this 3rd day of April, 2006,

**ORDERED** that any Movant served with a Rule 17(c) subpoena pursuant to the Order of February 27, 2006, shall produce the designated items on April 18, 2006. It is further

**ORDERED** that any Movant seeking to quash or modify a Rule 17(c) subpoena issued pursuant to the Order of February 27, 2006, must file a motion to quash or modify the subpoena by April 18, 2006. Any opposition to the motion to quash or modify shall be filed by April 25, 2006, and any reply thereto shall be field by May 1, 2006. It is further

**ORDERED** that the Movants shall, to the extent possible, file a consolidated motion to quash or modify and the defendant shall file a consolidated opposition. It is further

**ORDERED** that this Court will hear argument on any motion to quash or modify filed by a Movant on May 5, 2006 at 1:30 p.m.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

# EXHIBIT D



**BAKER BOTTS** LLP

| | |
|---|---|
| ...E WARNER | AUSTIN |
| 1299 PENNSYLVANIA AVE., NW | DALLAS |
| WASHINGTON, D.C. | DUBAI |
| 20004-2400 | HONG KONG |
| | HOUSTON |
| TEL +1 202.639.7700 | LONDON |
| FAX +1 202.639.7890 | MOSCOW |
| www.bakerbotts.com | NEW YORK |
| | RIYADH |
| | **WASHINGTON** |

## BY HAND-DELIVER

March 14, 2006

William H. Jeffress, Jr.
TEL +1 202.639.7751
FAX +1 202.585.1087
william.jeffress@bakerbotts.com

Mr. Richard A. Sauber
Fried Frank
1001 Pennsylvania Ave., NW
Washington, DC 20004

Dear Richard:

Enclosed are subpoenas duces tecum for Time Inc. and Matthew Cooper, which I mentioned to you by telephone last week. I appreciate your agreement to accept service on behalf of both of them. I also enclose a copy of Judge Walton's order of February 27, which authorizes service of these subpoenas without further leave of Court, and sets 2:30 p.m. on April 7, 2006, as the time by which production shall be made or motions to quash or modify shall be filed.

As I mentioned by telephone, we would be happy to discuss the subpoenas with you whenever you are ready to do so. Please call if you have any questions.

Sincerely,

William H. Jeffress, Jr.

DC01:439350.1

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ **DISTRICT OF** Columbia _____

United States of America

### SUBPOENA IN A
### CRIMINAL CASE

v.

I. Lewis Libby

CASE NUMBER: 05-394 (RBW)

**TO:**

Time, Inc.

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME<br>April 7, 2006 2:30 p.m. |

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

See attached.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| NANCY MAYER-WHITTINGTON | March 14, 2006 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W.,
Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE [1]

| | DATE | | PLACE |
|---|---|---|---|
| **RECEIVED BY SERVER** | | | |
| **SERVED** | DATE | | PLACE |

**SERVED ON (PRINT NAME)**

| **SERVED BY (PRINT NAME)** | **TITLE** |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                        *Signature of Server*

_____
*Address of Server*

**ADDITIONAL INFORMATION**

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

### Subpoena to Time Inc.

1. All documents prepared or received prior to July 14, 2003 by any employee or agent of Time Inc. (including but not limited to Matthew Cooper, John Dickerson, Massimo Calabresi, Michael Duffy and James Carney) that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee or agent of Time Inc. other than Matthew Cooper was aware prior to July 14, 2003 that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents prepared at any time by Matthew Cooper, or by any other employee or agent of Time Inc. based in any part on information received from Matthew Cooper, that were prepared in anticipation of or that purport to describe any part of a telephone conversation between Matthew Cooper and I. Lewis Libby on July 12, 2003. This request specifically includes, but is not limited to, drafts and internal correspondence concerning the article "What I Told the Grand Jury" published in the July 25, 2005 edition of Time Magazine.

4. All documents reflecting communications by any employee or agent of Time Inc. concerning former Ambassador Joseph Wilson prior to July 14, 2003, with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet, and Bill Harlow.

5. The original of the document produced to the grand jury or Office of Special Counsel bearing Bates number MC 0043-44.

6. All documents reflecting or relating to any conversation between any government official and John Dickerson in early July 2003, urging him to look at who sent former Ambassador Joseph Wilson to Niger.

Special instruction: Documents previously produced to the grand jury or Office of Special Counsel bearing Bates numbers MC0001 through MC0055 and Time001 through Time315 need not be produced under this subpoena unless redactions were made in those documents prior to production to the grand jury or Office of Special Counsel, in which case unredacted copies are required by this subpoena.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ **DISTRICT OF** Columbia _____

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

**CASE NUMBER:** 05-394 (RBW)

TO:

Matthew Cooper

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | Courtroom 5 |
| | **DATE AND TIME** April 7, 2006 2:30 p.m. |

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

See attached.

| U.S. MAGISTRATE JUDGE OR CLERK OR COURT NANCY MAYER-WHITTINGTON | DATE |
|---|---|
| (By) Deputy Clerk | March 14, 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

## RETURN OF SERVICE (1)

| | DATE | | PLACE |
|---|---|---|---|
| **RECEIVED BY SERVER** | | | |
| **SERVED** | DATE | | PLACE |

**SERVED ON (PRINT NAME)**

**SERVED BY (PRINT NAME)** | **TITLE**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              *Date*

_____
*Signature of Server*

_____
*Address of Server*

**ADDITIONAL INFORMATION**

---

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

## Subpoena to Matthew Cooper

1. All documents prepared or received prior to July 14, 2003, by any employee or agent of Time Inc. (including but not limited to you, John Dickerson, Massimo Calabresi, Michael Duffy and James Carney) that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee or agent of Time Inc. other than you was aware prior to July 14, 2003 from a source other than you, that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents prepared at any time by you, or by any other employee or agent of Time Inc. based in any part on information received from you, that were prepared in anticipation of or that purport to describe any part of a telephone conversation between you and I. Lewis Libby on July 12, 2003. This request specifically includes, but is not limited to, drafts and internal correspondence concerning the article "What I Told the Grand Jury" published in the July 25, 2005 edition of Time Magazine.

4. The original of the document produced to the grand jury or Office of Special Counsel bearing Bates number MC 0043-44.

5. All documents reflecting communications by you concerning former Ambassador Joseph Wilson prior to July 14, 2003, with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet, and Bill Harlow.

Special instruction: Documents previously produced to the grand jury or Office of Special Counsel bearing Bates numbers MC0001 through MC0055 and Time001 through Time315 need not be produced under this subpoena unless redactions were made in those documents prior to production to the grand jury or Office of Special Counsel, in which case unredacted copies are required by this subpoena.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 05-394 (RBW) |
| ) | |
| I. LEWIS LIBBY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On February 24, 2006, this Court authorized the parties to serve subpoenas to either news reporters and/or news organizations pursuant to Federal Rule of Criminal Produce 17(c). This order is issued consistent with that ruling. Accordingly, it is hereby this 27th day of February, 2006,

**ORDERED** that either party may serve subpoenas to either news reporters and/or new organizations pursuant to Fed. R. Crim. P. 17(c) and need not seek further leave of this Court before doing so. It is further

**ORDERED** that any witness or news organization served with a Rule 17(c) subpoena pursuant to this Order shall produce the designated items in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 on April 7, 2006 at 2:30 p.m. It is further

**ORDERED** that any witness seeking to quash or modify a Rule 17(c) subpoena issued pursuant to this Order must file a motion to quash or modify the subpoena by 2:30 p.m. on April

7, 2006.  Any opposition to the motion to quash or modify shall be filed by April 14, 2006, and

any reply thereto shall be filed by April 18, 2006.  It is further

 **ORDERED** that this Court will hear argument on any motion to quash or modify on

April 21, 2006, at 2:30 p.m.  It is further

 **ORDERED** that the party serving a Rule 17(c) subpoena shall provide the witness served

with such a subpoena a copy of this Order along with the subpoena.

 **SO ORDERED.**


                                         REGGIE B. WALTON
                                     United States District Judge