IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Misc. No. 06-124 (RBW) |
| | ) | Misc. No. 06-128 (RBW) |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby," | ) | |
|     Defendant. | ) | |
| | ) | |

### Notice of Filing Documents For Confidential *In Camera* Inspection
### By Matthew Cooper and Time Inc.

Matthew Cooper and Time Inc. hereby provide notice that they hand delivered documents to Chambers for confidential *in camera* inspection, as requested by the Court during the May 16, 2006 hearing on the motions to quash the March 14, 2006 subpoenas issued to Mr. Cooper and Time Inc. by Defendant I. Lewis "Scooter" Libby.

Dated: May 18, 2006

Respectfully submitted,

_____/s/_____
Richard A. Sauber (D.C. Bar. No. 385070)
Michael J. Anstett (D.C. Bar. No. 472177)
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
Telephone: 202.639.7000
Facsimile: 202.639.7003

277811